IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR IMMIGRATION STUDIES,
1629 K Street, NW, Suite 600,
Washington, DC 20006,

        Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
5900 Capital Gateway Dr., Mail Stop 2180,
Camp Springs, MD 20588-0009

U.S. DEPARTMENT OF HOMELAND SECURITY,
3801 Nebraska Ave. NW
Washington, DC 20294

        Defendant.

Civil Action No.

## COMPLAINT

Plaintiff Center for Immigration Studies ("CIS" or "Center") brings this action against U.S. Citizenship and Immigration Services ("USCIS") and the Department of Homeland Security ("DHS") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff CIS ("Plaintiff") is a non-profit, research and educational foundation organized under the laws of the District of Columbia and having its principal place of business at 1629 K Street, NW, Suite 600, Washington, D.C. Plaintiff seeks to educate immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public.

4. Defendant USCIS is an agency of the U.S. Government and is headquartered at 5900 Capital Gateway Dr., Camp Springs, Maryland. USCIS is a component of Defendant U.S. Department of Homeland Security ("DHS"), which is an agency of the U.S. Government and is headquartered at 3801 Nebraska Ave. NW, Washington D.C. USCIS and DHS have possession, custody, and control of certain public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On January 24, 2023, Plaintiff submitted a FOIA request to USCIS and a FOIA request to DHS via email seeking the following records:

> (1) All Contracts; Memoranda of Understanding; and Memoranda of Agreements between the Office of the Immigration Detention Ombudsman (OIDO) and the U.S. Citizenship and Immigration Services (USCIS); and
> (2) All Contracts; Memoranda of Understanding; and Memoranda of Agreements between the Office of the Immigration Detention Ombudsman (OIDO) and the U.S. Department of Homeland Security Office for Civil Rights and Civil Liberties (CRCL).

6. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine whether to comply with Plaintiff's FOIA requests within twenty (20) working days after receipt of that request and to notify Plaintiff immediately of its determination, the reasons therefore, and the right to appeal any adverse determination. Accordingly, Defendant's determination of Plaintiff's FOIA requests were due by February 22, 2023 at the latest.

7. As of the date of this Complaint, USCIS and DHS have failed to: (i) determine whether to comply with Plaintiff's FOIA requests; (ii) notify Plaintiff of any such determinations or the reasons for such determination for the FOIA requests; (iii) advise Plaintiff of the right to appeal any adverse determination of the FOIA requests; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

8. Because Defendants have failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A) with respect to the FOIA requests, Plaintiff is deemed to have exhausted any and all administrative remedies with respect to that request, pursuant to 5 U.S.C. § 552(a)(6)(C).

<u>COUNT 1</u><br>(Violation of FOIA, 5 U.S.C. § 552)

9. Plaintiff re-alleges the above paragraphs as if fully stated herein.

10. Defendants are unlawfully withholding public records requested by Plaintiff pursuant to 5 U.S.C. § 552.

11. Plaintiff is being irreparably harmed by reason of Defendants' unlawful withholding of the requested public records, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to conform their conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendants to conduct a search for any and all records responsive to Plaintiff's FOIA requests and demonstrate

that they employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendants to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: May 17, 2023                                          Respectfully submitted,

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington DC, 20006
Telephone: 202-466-8185
FAX (202) 466-8076
Email: jba@cis.org